JEAN O'CONNOR *v.* MED-CENTER HOME HEALTH CARE, INC., ET AL.

The petition by the defendants Med-Center Home Health Care, Inc., and AIG Claim Services, Inc., for certification for appeal from the Appellate Court (AC 30200) is granted, limited to the following issue:

"Did the Appellate Court properly determine that it lacked jurisdiction over the present appeal?"

The Supreme Court docket number is SC 18382.

*Robert Jahn*, in support of the petition.

Decided June 11, 2009